# RIMON HANNA

302 Washington Street, Unit 335, Dan Diego, CA 92103 ♦ (619) 808- 4268 ♦
RimonDylanHanna@Gmail.com

---

United States District Court
District of Connecticut
Richard C. Lee U. S. Courthouse
United States District Court
141 Church Street
New Haven, CT 06510

(203) 773-2140 | Clerk's Office

**FILED**
2019 JAN 14 P 3: 05
**U.S. DISTRICT COURT
NEW HAVEN, CT.**

August 31, 2018

Hanna v- American Cruise Lines, Inc

Dear Sir/ Madam

I enclosed a new case for filing. I have enclosed a payment of $400.00 filing fee.
Would you be kind enough to file this case for me and sent me a copy of the first page with the filing stamp on it.  and please don't hesitate to contact me for any assistance.

I have previously filed the same case under case number 18CV1545 subject to fee waiver which I would like to dismiss.

and please don't hesitate to contact me for any assistance.

Kind Regards
Rimon Hanna